# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Cecil Parish
25(N. Il Hwy 37
Iuka, Il 62849

*Plaintiff/Petitioner(s)*

v.

Clay County Sheriff
300 Broadway
Louisville, Il 62858

*Defendant/Respondent(s)*

Case Number: 16-874-JPG
(Clerk's Office will provide)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☒ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

I. JURISDICTION

SCANNED AT BIG MUDDY CC and E-mailed
8/3/16 by J.H. 15 pages
date       initials    No.

Plaintiff: Cecil Parish

A. Plaintiff's mailing address, register number, and present place of confinement. Cecil Parish 313251
25(N. Il Hwy 37
Iuka, Il 62849

Defendant #1:

B. Defendant __John Doe__ is employed as
(a) (Name of First Defendant)

__Correction Officer__
(b) (Position/Title)

with __Clay County Sheriff's Department__
(c) (Employer's Name and Address)

300 Broadway St. Louisville, Il. 62858

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain:
Walks around jail checking on Inmates

(Rev. 7/2010)   1

Defendant #2:

C. Defendant __John Doe__ is employed as
(Name of Second Defendant)

__Medical Service Provider__
(Position/Title)

with __Clay County Sheriff Department__
(Employer's Name and Address)

__300 Broadway N, Louisville, IL 62858__

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain:
__Medical Provider__

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?  ☐ Yes  ☒ No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint.</u>

  1. Parties to previous lawsuits:
     Plaintiff(s):

     Defendant(s):

  2. Court (if federal court, name of the district; if state court, name of the county):

  3. Docket number:

  4. Name of Judge to whom case was assigned:

  5. Type of case (for example: Was it a habeas corpus or civil rights action?):

  6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

  7. Approximate date of filing lawsuit:

  8. Approximate date of disposition:

(Rev. 7/2010)

3

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take?
   I wrote grievances stating my natural problem. natural, medical problem.

   2. What was the result? In time I would get looked at - (The medical problem.) Had to be ok'ed. Took Picture

D. If your answer is NO, explain why not.


E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?


   2. What was the result?


G. If your answer is NO, explain why not.


H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not.

(Rev. 7/2010)                               4

IV.  STATEMENT OF CLAIM

   A.  State here, as briefly as possible, when, where, how, and by whom you feel
       your constitutional rights were violated. Do not include legal arguments of
       citations. If you wish to present legal arguments or citations, file a separate
       memorandum of law. If you intend to allege a number of related claims,
       number and set forth each claim in a separate paragraph. If your claims
       relate to prison disciplinary proceedings, attach copies of the disciplinary
       charges and any disciplinary hearing summary as exhibits. You should also
       attach any relevant, supporting documentation.

7/15-2015 While incarcerated at Clay County Jail, Naked! on medical papers, I contracted as stated (confirmation) glans penis papule 1cm in size - differential - H.I.V. - syphilis - chancroid - lymphogranuloma venereum - tested initiated 6 - former 2 - treatment for the latter 2

Pain & suffering from 7-15-2011 on, Head of penis swollen 5x times its size, very painful and large white head (chancroid) busted. Could not touch penis. Had to get pain medicine from Doctor. Due to sleeping on dirty concrete (naked) floor 2½ days in Clay County Jail. Had to take picture of it just for I could see. One officer took picture of it just for I could see & a doctor got it ok.

V.  REQUEST FOR RELIEF

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Restitution of $50,000 for pain suffering and lack of care

VI.  JURY DEMAND (check one box below)

The plaintiff ☒ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: Aug 3 2016
(date)

251 N-II Hwy 57
Street Address

INA, Il 62846
City, State, Zip

_Cecil Parish_
Signature of Plaintiff

Cecil Parish
Printed Name

31325?
Prisoner Register Number

Signature of Attorney (if any)

(Rev. 7/2010)                                           6

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Cecil Parish
251 N. Il Hwy 37
Iuka, Il 62849

Plaintiff(s)

Clay County Sheriff

)
)
)
)    Case Number: _____
)
)
)

Defendant(s)

## CERTIFICATE OF SERVICE

I hereby certify that on __3 August 2016__ electronically filed __civil complaint__ with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

and I hereby certify that on __8-3-16__ [date], I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Respectfully submitted,

__Cecil Parish    81351__
Name of Password Registrant
__251 N. Il Hwy 37__
Address
__Iuka, Il 62849__
City, State, Zip

Phone: (___)
Fax: (___)
E-mail: _____@_____

Attorney bar number (if applicable)

# Clay County Hospital
911 Stacy Burk Drive
Flora, Illinois 62839-3241
618-662-2131

SCANNED AT BIG MUDDY CC and E-mailed
8/3/16 by JH 11 pages
date   Initials   No.

**Discharge Instructions for:**      **Parish, Cecil E**
**Arrival Date:**      **Wednesday, July 15, 2015**

Thank you for choosing **Clay County Hospital** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:**     Lambert, Larry, MD

**Diagnosis:**     glans penis papule 1 cm in size -differential--hiv-syphilitis-chancroid-lymphogranuloma venereum--tests initiated for former 2 -treatment for the latter 2

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| None | Medication Reconciliation |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>When: positive findings of syphylis or hiv will be reported to the health dept -the 2 tests will be available with in the week | Doxycycline Monohydrate 100 mg Oral Tablet - take 1 tablet by ORAL route every 12 hours for 21 days; 42 tablet<br>Zithromax Z-Pak 250 mg Oral Tablet - take 2 tablet by ORAL route one time for 1 day -then one tablet daily for 4 days.; 6 tablet |
| **SPECIAL NOTES** | |
| None | |

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Patient Copy**

## FOLLOW UP INSTRUCTIONS

Private Physician
    When: positive findings of syphylis or hiv will be reported to the health dept -the 2 tests will be available with in the week

## PRESCRIPTIONS

Doxycycline Monohydrate 100 mg Oral Tablet
Take 1 tablet by ORAL route every 12 hours for 21 days

Zithromax Z-Pak 250 mg Oral Tablet
Take 2 tablet by ORAL route one time for 1 day -then one tablet daily for 4 days.

## Monitor Master Patient Index

File  Edit  Functions  Help

| OK | Trans Legend | Hist Maint | Add MPI | Show Disch Stat Prg Dt | Assign Vol# by Adm Dt |
| Previous | Exit | | | | |

Chart number     551664          Patient   PARISH CECIL E
History number   551664          Address  300 BROADWAY STREET
                                          LOUISVILLE    IL        62858

| Patient Number | Vol Num | Typ | F/C | Hosp Src | Adm Typ | Adm Src | Admit Phys | Admit Date | Dischg Date | Chart Sts/Loc | ADV | Trans Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4841382 | | O | SS | | 3 | 1 | 1386 | 10/06/15 | 10/06/15 | | N | |
| 4833830 | | O | SS | | 3 | 1 | 437 | 9/03/15 | 9/03/15 | | N | |
| 4832105 | | O | SS | | 3 | 1 | 437 | 8/27/15 | 8/27/15 | | N | A |
| 4829548 | | O | S | ERX | 1 | 8 | 319 | 8/13/15 | 8/13/15 | | N | A |
| 4822960 | | O | S | ER | 1 | 8 | 319 | 7/15/15 | 7/15/15 | | N | A |
| 4793334 | | O | S | ER | 1 | 1 | 1706 | 2/24/15 | 2/24/15 | | N | A |
| 4766338 | | O | S | ER | 1 | 1 | 709 | 10/08/14 | 10/08/14 | | N | A |
| 4682329 | | O | S | LAB | 3 | 1 | 319 | 8/21/13 | 8/21/13 | | N | |
| 4680853 | | O | S | LAB | 3 | 1 | 319 | 8/14/13 | 8/14/13 | | N | |
| 4673957 | | O | S | ER | 1 | 1 | 709 | 7/09/13 | 7/09/13 | | N | A |

**Name: Cecil Parish**
Age: 42 yrs  Sex: Male  DOB: 03/09/1973
Arrival Date: 07/15/2015  Time: 18:08
Bed ED3

MRN: 551664
Account#: 4822960
Private MD: No, Primary

**Presentation:**
07/15
18:09  ESI - 3 Patient has been medically screened by Hefner, Tom, RN.  th

18:09  Presenting complaint: Patient states: He has a hard area and soreness around the head of his penis. Pt   th
states it is very sensitive and now he becomes erect if anything barely touches the area. States the
erections are keeping him awake. Transition of care: patient was not received from another setting of care.

18:09  Method Of Arrival: walk-in.  th

**Triage Assessment:**
18:09  **General:** Appears in no apparent distress, Behavior is cooperative. **Pain:** Pain Scale Used: 0-10 Pain   th
currently is 8 out of 10 on a pain scale.

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. None
- **PMHx:** None
- **PSHx:** surgeries on penis

- **Immunization history::** last tetanus immunization is unknown.
- **Social history:** Smoking status: Patient uses tobacco products, current some day smoker..
- **Family history:** Not pertinent,.
- **Does the patient have an advance directive?:** No.
- **Code Status:** Code Status: Full code,.

**Screening:**
18:24  **Abuse screen:**   kb
Denies threats or abuse.

**Assessment:**
18:24  **General:** Appears in no apparent distress, comfortable, Behavior is cooperative. **Pain:** Pain Scale Used: 0-   kb
10 Pain currently is 8 out of 10 on a pain scale. Complains of pain in head of penis Pain began 2-3 days ago
Is continuous.

18:24  **GU:** head of penis, has area to the top side of penis Reports pain on the head of his penis for the last 4   kb
days. Area is hard round area noted. Area is closed. Reports last sexual activity was 3 weeks ago was
unprotected. States he was running through the woods naked running from the police. Patient is in custody
at Clay County Sheriff department with probability of going to DOC. States that every time he gets an
erection causes pain.

*statement not true C.E.P.*

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 18:09 | 144 / 81 | 81 | 16 | 98.7 | 98% | 190 lbs | 6 ft. 0 in. (182.88 cm) | 8/10 | th |
| 19:30 | 161 / 91 | 76 | 18 | | 98% on R/A | | | | kb |

18:09  Body Mass Index 25.77 (86.18 kg, 182.88 cm)  th

**ED Course:**
18:08  Updated of plan of care.  th
18:08  Patient arrived in ED.  th
18:09  No, Primary is Private Physician.  th
18:21  Lambert, Larry, MD is Attending Physician.  ll
18:21  Patient visited by Lambert, Larry, MD.  ll
18:24  Patient has correct armband on for positive identification. Bed in low position. Pulse ox on. NIBP on.  kb

Print Time: 6/9/2016 11:15:09                    *** CHART COMPLETE ***                    Page 1 of 2

## Nurse's Notes Con't

| | |
|---|---|
| 18:24 Bouser, Kim, RN is Primary Nurse. | kb |
| 18:24 Patient visited by Bouser, Kim, RN. | kb |
| 19:29 Plique, Paula, RN is Primary Nurse. | pp1 |
| 19:30 RN escorted patient out of department to lobby. | kb |
| 19:46 Patient visited by Bouser, Kim, RN. | kb |

### Administered Medications:
No medications were administered

### Outcome:

| | |
|---|---|
| 19:04 Discharge ordered by MD. | ll |
| 19:30 Patient left the ED. | pp1 |
| 19:30 Disposition Discharged to Police custody Instructions given to patient and: Clay Co. officer. Clay County Sheriff. | kb |

**Condition:** good
**Condition:** stable
**Condition:** improved
**Discharge Assessment:** Patient awake, alert and oriented x 3. No cognitive and/or functional deficits noted. Patient verbalized understanding of disposition instructions. Patient awake and alert. Oriented to person, place and time. Patient verbalized understanding of disposition instructions. Patient has no functional deficits. Discharge instructions given to police, Instructed on discharge instructions, follow up and referral plans. medication usage, safety practices, Demonstrated understanding of instructions, medications, Prescriptions given X 2.

### Addendum:

07/17/2015 14:45  Addendum: results of HIV and RPR reported to clay county sheriff's office. .    cw3

### Signatures:

| | | | | | |
|---|---|---|---|---|---|
| Bouser, Kim, RN | RN | kb | Lambert, Larry, MD | MD | ll |
| Welty, Cynthia, RN | RN | cw3 | Hefner, Tom, RN | RN | th |
| Plique, Paula, RN | RN | pp1 | | | |

### Corrections:

07/15 18:54  ~~18:24 GU: head of penis, has area to the top side of penis Reports pain~~    ~~kb~~  kb

19:07  ~~18:24 GU: head of penis, has area to the top side of penis Reports pain~~    ~~kb~~  kb

---

**Name: Cecil Parish**

# Physician Documentation

**Clay County Hospital**

**Name: Cecil Parish**

Age: 42 yrs Sex: Male DOB: 03/09/1973
Arrival Date: 07/15/2015 Time: 18:08
Bed ED3
ED Physician Lambert, Larry

MRN: 551664
Account#: 4822960
Private MD: No, Primary

**HPI:**

07/15 18:58 This 42 yrs old White Male presents to ED via walk-in with complaints of **Penile Problem**. ll

18:21 Initial visit by Lambert, Larry, MD. ll

18:58 patient is a police prisoner patient noted a sore on the head of the penis --4 days ago -very painful to touch - ll -patient had unprotected sex 3 weeks ago none since-lesion is round hard and tender to touch --patient does have enlarged inguinal lymph nodes also noted. The patient presents with penile lesion. The symptoms began acutely 4 days ago. Modifying factors: the patient does not identify any alleviating or aggravating factors. Associated signs and symptoms: The patient has no apparent associated signs or symptoms. Severity of symptoms: in the emergency department the symptoms are unchanged. Severity of pain: in the emergency department the pain is a 7 / 10. The patient has not experienced similar symptoms in the past.

**Historical:**
- **Allergies:** No known drug Allergies;
- **Home Meds:**
  1. None
- **PMHx:** None
- **PSHx:** surgeries on penis

- **Immunization history::** last tetanus immunization is unknown.
- **Social history:** Smoking status: Patient uses tobacco products, current some day smoker..
- **Family history:** Not pertinent,.
- **Does the patient have an advance directive?:** No.
- **Code Status:** Code Status: Full code,.

**ROS:**
18:58 ll
GU: As per HPI, Positive for penile pain. All other systems are negative or noncontributory,

**Exam:**
18:58 ll
Constitutional: The patient is alert, is awake, is well developed, is well groomed, appears uncomfortable. Vital signs are normal.
GU: Male external genitalia: The patient is circumcised, lesion painful, swollen, tense, tenderness is palpated in the right inguinal area, is palpated in the left inguinal area, is palpated in both inguinal areas, ulceration is not present.
Musculoskeletal/extremity: Exam is negative for acute changes.
Neuro: Orientation: appropriate for stated age, no acute changes, to person, place & time.
Skin: Appearance: normal, normal except for affected area, Color: normal in color, pink.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 18:09 | 144 / 81 | 81 | 16 | 98.7 | 98% | 190 lbs | 6 ft. 0 in. (182.88 cm) | 8/10 | th |
| 19:30 | 161 / 91 | 76 | 18 |  | 98% on R/A |  |  |  | kb |

18:09 Body Mass Index 25.77 (86.18 kg, 182.88 cm) th

**MDM:**
19:06 ll

Data reviewed: vital signs, nurses notes, as a result of the data reviewed, I will discharge patient.
ED course: Stable.
Counseling: I had a detailed discussion with the patient and/or guardian regarding: the historical points, exam findings, and any diagnostic results supporting the discharge/admit diagnosis, lab results, to return to the emergency department if symptoms worsen or persist or if there are any questions or concerns that

## Physician Documentation Con't.

arise at home, as a result of the data reviewed, I will discharge patient.

| Time | Order name | Complete Time | Staff |
|---|---|---|---|
| 07/15 18:54 | HIV 1 | 19:54 | kb |
| 07/15 18:54 | RPR | 19:54 | kb |

**Dispensed Medications:**
No medications were administered

**Disposition:**
19:06 Chart complete.                                                                 ll

**Disposition:**
07/15/15 19:04 Discharged to Home. Impression: glans penis papule 1 cm in size -differential--hiv-syphilitis-chancroid-lymphogranuloma venereum--tests initiated for former 2 -treatment for the latter 2.
- Condition is Stable.
- Medication Reconciliation form.
- Follow up: Private Physician; When: positive findings of syphylis or hiv will be reported to the health dept -the 2 tests will be available with in the week.
- Problem is new.
- Symptoms are unchanged.

**Signatures:**

| Dispatcher MedHost | | EDMS | Lambert, Larry, MD | MD | ll |
| Hefner, Tom, RN | RN | th | Plique, Paula, RN | RN | pp1 |

**Corrections:**
18:55  ~~18:55 HIVRAPID+Lab ordered.~~                                  ~~EDMS~~ EDMS
18:55  ~~18:55 RPR+Lab ordered.~~                                        ~~EDMS~~ EDMS

**Name: Cecil Parish**                                                                 **MRN: 551664**
                                                                                        **Account#: 4822960**
Print Time: 6/9/2016 11:15:09                                                          Page 2 of 2

## Order Results

**Name:** Cecil Parish
**Age:** 42 yrs **Sex:** Male **DOB:** 03/09/1973
**Arrival Date:** 07/15/2015 **Time:** 18:08
**Bed** ED3

### Clay County Hospital
**Emergency Department**
**MRN:** 551664
**Account#:** 4822960
**Private MD:** No, Primary

| Test | Value | Flag | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| *HIV 1* | | *SPEC'M 07/15/15 19:26* | | | | |
| PANEL 083824 | LAB | | | | | |
| | Testing performed at: [CB] LabCorp Dublin, 6370 Wilcox Road, Dublin, OH, 43016-1269, Phone: 800-282-7300, Laboratory Director: Nathan T. Scanzillo, PhD | | | | | |
| HIV 1/O/2 ABS, QUAL | Non Reactive | | Non Reactive | | F | 07/15 18:54 |
| HIV 1/O/2 ABS-INDEX VALUE | <1.00 | | <1.00- | | F | 07/15 18:54 |
| 07/15 18:54 | Index Value: Specimen reactivity relative to the negative cutoff. | | | | | |
| *RPR* | | *SPEC'M 07/15/15 19:26* | | | | |
| RPR LC | Non Reactive | | Non Reactive | | F | 07/15 18:54 |
| 07/15 18:54 | Testing performed at: [CB] LabCorp Dublin, 6370 Wilcox Road, Dublin, OH, 43016-1269, Phone: 800-282-7300, Laboratory Director: Nathan T. Scanzillo, PhD | | | | | |

| Clay County Hospital<br>Emergency Department<br>Discharge Medication Information | MEDICATION RECONCILIATION FORM |
|---|---|
| Name: Cecil Parish | Visit Date: 07/15/2015 18:08 |
| Age: 42 yrs , Gender: Male | MRN: 551664 |
| Height: 6ft. 0in. | Provider: Lambert, Larry |
| Weight: 190Lbs | |

**ALLERGIES:** No known drug Allergies

Thank you for visiting Clay County Hospital. This form contains information about your medications. It is important that you read an information.

**Source(s) of Home Medication information (Select all that apply):**

☐ Patient              ☐ Medication List           ☐ EMS Record
☐ Patient's Family     ☐ Medication Bottles        ☐ Primary Care Provider
☐ Hospital Record
☐ Pharmacy (Specify _____)
☐ Other (Specify _____)

**Home Medication(s) recorded during this visit:**

| Drug, Strength, Route & Dose | Frequency | Admin Instructions | Reason | Last Dose | Continue on Discharge |
|---|---|---|---|---|---|
| None | | | | | Yes   No   PCP |

**Medications you received during your visit:**
NONE

**Prescriptions you received during your visit:**
NONE

**Notes:**
You will need to see your Primary Care Provider to get refills.

PLEASE GIVE THIS FORM TO YOUR NEXT PROVIDER OF MEDICAL SERVICE (DOCTOR, CLINIC, HOME CARE, ETC.)

Signature:

Lambert, Larry

Created by:

7-14-15
1300

# INMATE REQUEST AND GRIEVANCE FORM

Inmate's Name: _____ Cellblock: 1   Cell: 1

*** Instructions ***

1) Print All Information
2) Provide as much information as possible.
3) Place an (X) in the box you are requesting Information/Assistance on.
4) Complete One (1) Request/Grievance Form for each section checked.

ADMINISTRATION:
___ Complaint about treatment    ___ Request Special Visit    ___ Other: _____
___ Disciplinary Reclassification    ___ Medical Co-Payment Grievance

CLASSIFICATION SECTION:
___ Request Trustee Status    ___ Complaints regarding other Inmates
___ Request Reclassification    ___ Other: _____

COURT LIAISON:  ___ Request Information
___ Release Date    ___ Bond Amount    ___ Trial Date Set    ___ Extradition
___ Holds/Detainers    ___ Other: _____

MEDICAL SECTION:
___ Sickness    ___ Injury    ___ Medication    ___ Dental Concern
___ Depression    ✓ Other: _____

OTHER CONCERNS:    ___ Request Information
___ Personal Property    ___ Commissionary    ___ Trust Account Balance
___ Laundry    ___ Shift Supervisor    ___ Other: _____

Explain reason for request for grievance: _Hurt Ruddler ... _____
help_

Inmate's Signature: _____    Date: _N 7 14 2015_

Staff Response: _Will take to dr + get checked_

Staff Officer Signature: _PS_    Date: _7-14-15_

7

# INMATE REQUEST AND GRIEVANCE FORM

Inmate's Name: _Cell Two_ Cellblock: _/_ Cell: _/_

*** Instructions ***

1) Print All Information
2) Provide as much information as possible.
3) Place an (X) in the box you are requesting Information/Assistance on.
4) Complete One (1) Request/Grievance Form for each section checked.

ADMINISTRATION:
___ Complaint about treatment   ___ Request Special Visit   ___ Other: _____
___ Disciplinary Reclassification   ___ Medical Co-Payment Grievance

CLASSIFICATION SECTION:
___ Request Trustee Status   ___ Complaints regarding other Inmates
___ Request Reclassification   ___ Other: _____

COURT LIAISON:   ___ Request Information
___ Release Date   ___ Bond Amount   ___ Trial Date Set   ___ Extradition
___ Holds/Detainers   ___ Other: _____

MEDICAL SECTION:
___ Sickness   ___ Injury   ___ Medication   ___ Dental Concern
___ Depression   _X_ Other: _veh-r_

OTHER CONCERNS:   ___ Request Information
___ Personal Property   ___ Commissionary   ___ Trust Account Balance
___ Laundry   ___ Shift Supervisor   _/_ Other: _____

Explain reason for request for grievance: _Already Head aSsd to be? Heart got help? by New Than_

Inmate's Signature: _____ Date: _July 7-20__

Staff Response: _Spoke with ER. & Dr. prescribed pain meds._

Staff Officer Signature: _____ Date: _____

7